# EXHIBIT A

Person/Attorney Filing: David T Panzarella
Mailing Address: 2701 East Camelback Road Suite 140
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602) 977-1900
E-Mail Address: jhansen@lernerandrowe.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 013639, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YAVAPAI

Geoffrey Cosman, et al.
Plaintiff(s),                                    Case No.   V1300CV201980168
v.
Enodio Borrero, et al.                           **SUMMONS**
Defendant(s).

To: AJT Trucking, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 2840 N. Commonwealth
   Drive, Camp Verde, Arizona 86322 or electronically file your Answer through one of
   Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

AZTurboCourt.gov Form Set 83544501

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YAVAPAI

SIGNED AND SEALED this date:*June 17, 2019*

*DONNA McQUALITY*
Clerk of Superior Court

By:*MBURNETT*
Deputy Clerk



AZturboCourt.gov Form Set #3544691

Person/Attorney Filing: David T Panzarella
Mailing Address: 2701 East Camelback Road Suite 140
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602) 977-1900
E-Mail Address: jhansen@lernerandrowe.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 013639, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YAVAPAI

Geoffrey Cosman, et al.
Plaintiff(s),
v.
Enodio Borrero, et al.
Defendant(s).

Case No.   V1300CV201980168

**SUMMONS**

To: Multi Image Group, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 2840 N. Commonwealth Drive, Camp Verde, Arizona 86322 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YAVAPAI

SIGNED AND SEALED this date:*June 17, 2019*

*DONNA McQUALITY*
Clerk of Superior Court

By:*MBURNETT*
Deputy Clerk



2

Person/Attorney Filing: David T Panzarella
Mailing Address: 2701 East Camelback Road Suite 140
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602) 977-1900
E-Mail Address: jhansen@lernerandrowe.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 013639, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YAVAPAI

Geoffrey Cosman, et al.
Plaintiff(s),
v.
Enodio Borrero, et al.
Defendant(s).

Case No.    V1300CV201980168

**SUMMONS**

To: Jane Doe Borrero

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 2840 N. Commonwealth Drive, Camp Verde, Arizona 86322 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YAVAPAI

SIGNED AND SEALED this date:*June 17, 2019*

*DONNA McQUALITY*
Clerk of Superior Court

By:*MBURNETT*
Deputy Clerk



2

Person/Attorney Filing: David T Panzarella
Mailing Address: 2701 East Camelback Road Suite 140
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602) 977-1900
E-Mail Address: jhansen@lernerandrowe.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 013639, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YAVAPAI

Geoffrey Cosman, et al.
Plaintiff(s),
v.
Enodio Borrero, et al.
Defendant(s).

Case No.   V1300CV201980168

**SUMMONS**

To: Enodio Borrero

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 2840 N. Commonwealth Drive, Camp Verde, Arizona 86322 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #3544901

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YAVAPAI

SIGNED AND SEALED this date:*June 17, 2019*

*DONNA McQUALITY*
Clerk of Superior Court

By:*MBURNETT*
Deputy Clerk



2

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
06/17/2019  2:46PM
BY: MBURNETT
DEPUTY

Case No.: V1300CV201980168
HON. DEBRA PHELAN

1   **LERNER & ROWE, P.C.**
    David T. Panzarella, SBN 13639
2   Matthew S. Feinman, SBN 29727
    2701 E. Camelback Rd., Ste. 140
3   Phoenix, Arizona  85016
    Telephone:  (602) 977-1900
4   Fax:          (602) 332-4342
    *mfeinman@lernerandrowe.com*
5   *minute_entries@lernerandrowe.com*
    Attorneys for Plaintiffs
6

7              IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

8                IN AND FOR THE COUNTY OF YAVAPAI

9

10  GEOFFREY COSMAN and DIANE         No. _____
    COSMAN, Individually and/or as Husband and
11  Wife,

12                                    Plaintiffs,
                                             **COMPLAINT**
13
    vs.
14
15  ENODIO BORRERO and JANE DOE       (Tort/Motor Vehicle –
    BORRERO, Individually and/or as Wife and    Non-Death Injuries)
16  Husband;  MULTI IMAGE GROUP, INC., A
    Florida Corporation; AJT TRUCKING, INC., A
17  Florida Corporation; JOHN DOES I-X and
    JANE DOES I-X, individually and/or as
18  Husband and Wife; BLACK CORPORATIONS
    I-X and WHITE LIMITED PARTNERSHIPS I-
19  X,
20
                                    Defendants.
21

22

23        Plaintiffs, by and through undersigned counsel, for their Complaint hereby alleges as

24  follows:

25                     **JURISDICTIONAL ALLEGATIONS**

26

27        1.      The events that form the basis for this complaint occurred within Yavapai County,

28  Arizona and venue in this court is proper pursuant to A.R.S. § 12-401.

                                    - 1 -

2.   The damages sought in this matter are within the original jurisdiction of this court.

## PARTIES

3.   Plaintiffs reside in Winnipeg, Manitoba.

4.   Upon information and belief, Plaintiffs allege that at all times relevant, Defendant Borrero was married and was a resident of Hialeah, Miami Dade County, Florida.

5.   Upon information and belief, Plaintiffs allege that at all times relevant, Defendant Multi Image, Inc. is a Florida Corporation licensed to do business in the state of Florida.

6.   Upon information and belief, Plaintiffs allege that at all times relevant, Defendant AJT Trucking, Inc. is a Florida Corporation licensed to do business in the state of Florida.

7.   Defendants John Does I-X and Jane Does I-X are individuals and/or married couples whose identities are presently unknown to Plaintiff, and so are sued under an alias.  The true names of Defendants John and Jane Does will be substituted when the true names are learned.  Defendants John and Jane Does, if married, at all times relevant hereto acted for and on behalf of their marital community.

8.   Defendants Black Corporations I-X and White Limited Partnerships I-X are corporations, limited partnerships, limited liability concerns, or other business entities, either chartered within Arizona or authorized to do business in the State of Arizona, but whose identities are presently unknown to Plaintiff, and so are sued under an alias.  The true names of Defendants Black and White Corporations will be substituted when learned.

## GENERAL ALLEGATIONS

9.  Plaintiffs reallege and incorporate herein by this reference the allegations in Paragraphs 1 through 8 of their Complaint as though expressly set forth herein.

10. On or about October 30, 2017, Plaintiff Geoffrey was operating his vehicle at the time of the subject collision.

11. On or about October 30, 2017, Plaintiff Diane was a passenger in the vehicle driven by Plaintiff Geoffrey.

12. On or about October 30, 2017, Defendant Borrero was operating a 2006 Volvo Tractor Truck owned by Defendant Multi Imaging, Inc. and Defendant AJT Trucking at the time of the subject collision.

13. At all times relevant hereto, Defendant Borrero was in the course and scope of his employment with Defendant Multi Imaging Inc. and AJT Trucking at the time of the subject collision.

14. At all times relevant hereto, Defendant acted for and on behalf of his marital community.

15. Defendants caused certain acts to occur on or about October 30 2017 in Camp Verde, Yavapai County, Arizona.

16. Defendants caused Plaintiffs to suffer harm in an amount qualifying this matter as a Tier 2 case.

## COUNT I – NEGLIGENCE

17. Plaintiffs reallege and incorporate herein by this reference Paragraphs 1 through 16 of their Complaint as though expressly set forth herein.

-3-

18.   On or about October 30, 2017, Plaintiffs and Defendant Borrero were traveling southbound on Interstate 17 when Defendant Borrero, who was operating Defendant Multi Image Inc. and AJT Trucking Inc.'s vehicle, failed to control the speed of his vehicle and collided with Plaintiff's vehicle after colliding with multiple non-party vehicles as well.

19.   Defendants were found to be operating their vehicle in violation of at least 17 safety regulations.

20.   Upon information and belief, Plaintiffs allege Defendants were negligent for failing to operate their vehicle in a reasonable and safe manner under the circumstances and collided into Plaintiffs' vehicle.

21.   Defendants owed a duty of care to Plaintiffs to operate their vehicle in a reasonable and prudent manner to avoid colliding with Plaintiffs' vehicle.

22.   Defendants breached the duty of care to Plaintiffs, causing the collision and causing bodily injuries to Plaintiffs by failing to exercise due care in the operation of their vehicle.

23.   As a result of the collision caused by Defendants' negligence, Plaintiffs suffered pain and suffering, inconvenience, curtailment of their usual activities, loss of enjoyment of life, great pain of body and mind, inconvenience, loss of enjoyment, and pain and suffering in the future.

///

///

///

///

24. As a result of the collision caused by Defendants' negligence, Plaintiffs incurred expenses for medical treatment and expenses for related treatment and care as a result of injuries sustained in this collision, and Plaintiffs will continue to incur such expenses in the future.

25. As a result of Defendants' breach of the duty of care, Plaintiffs lost time from regular employment and has lost wages.

## COUNT II – NEGLIGENCE PER SE

26. Plaintiffs reallege and incorporate herein by this reference Paragraphs 1 through 24 of their Complaint as though expressly set forth herein.

27. Defendants owed a duty of care to Plaintiffs, along with other motorists on the roadway, to operate their vehicle in a reasonable and safe manner, in accordance with, and respecting of Arizona's traffic laws, and that did not create hazard for motorists on the roadway.

28. Defendants breached that duty of care by failing to control the speed of their vehicle in violation of A.R.S. §28-701A.

29. Defendants breached that duty of care by operating the vehicle in violation of at least 17 safety regulations

30. These violations were the direct and proximate cause of Plaintiffs' injuries and damages.

## COUNT III – RESPONDEAT SUPERIOR

31. Plaintiffs reallege and incorporate herein by this reference Paragraphs 1 through 28 of their complaint as though expressly set forth herein.

32. At all times relevant hereto, Defendant Borrero was in the course and scope of his employment with Defendants Multi Imaging Inc. and AJT Trucking Inc.

33. As the employer of Defendant Borrero, Defendants Multi Imaging Inc. and AJT Trucking Inc., was/were wholly and exclusively liable for the acts of omissions of Defendant Borrero through the operation of the doctrine respondeat superior.

## COUNT IV – NEGLIGENT SUPERVISION

34. Plaintiffs reallege and incorporate herein by this reference Paragraphs 1-31 of their complaint as though expressly set forth herein.

35. As the employer of Defendant Borrero, Defendants Multi Imaging Inc. and AJT Trucking Inc. had a non-delegable duty to monitor, train, supervise and control the actions of Defendant Borrero, and to prevent Defendant Borrero from operating Defendants Multi Imaging Inc. and AJT Trucking Incs' vehicle in a manner so as to cause risk to the monitoring public.

36. Defendant Multi Imaging Inc. and AJT Trucking Inc. breached that duty, directly and proximately causing Plaintiff's injuries and damages.

## COUNT V – NEGLIGENT ENGRUSTMENT

37. Plaintiffs reallge and incorporate herein by this reference Paragraphs a-34 of their complaint as though expressly set forth herein.

38. Defendants Multi Imaging Inc. and AJT Trucking Inc., as registered owners of the 2006 Volvo Tractor Truck knew, or should have known, that Defendant Borrero was prone to the use of reckless driving habits.

///

39.     Defendants Multi Imaging Inc. and AJT Trucking Inc. nevertheless, entrusted the vehicle, and keys to the vehicle, and the right to use the vehicle, to Defendant Borrero.

40.     Defendants Multi Imaging Inc. and AJT Trucking Inc.' negligent entrustment of the 2006 Volvo Tractor Truck was the direct and proximate cause of Plaintiffs' injuries and damages.

**WHEREFORE,** Plaintiffs pray for Judgment against Defendants, and all of them, as follows:

A.     For general damages;

B.     For special damages;

C.     For Plaintiffs' expenses incurred for the past medical care and treatment of Plaintiffs' injuries and for future medical expenses;

D.     For Plaintiffs' expenses for repair/replacement of their vehicle, rental car expenses, and loss of use for their vehicle;

E.     For Plaintiffs expenses driving to doctor appointments;

F.     For Plaintiffs past and future lost wages;

G.     For reasonable attorney's fees and costs;

H.     For interest at the statutory rate; and

///

///

///

///

I.      For such other and further relieve as this Court deems just and proper.

**RESPECTFULLY SUBMITTED** this 17 day of June, 2019.

LERNER & ROWE, P.C.,

By _____

David T. Panzarella, Esq.
Matthew S. Feinman, Esq.
2701 E. Camelback Road, Ste. 140
Phoenix, Arizona 85016
*Attorney for Plaintiffs*

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
06/17/2019  2:46PM
BY: MBURNETT
DEPUTY

Case No.: V1300CV201980168
HON. DEBRA PHELAN

Person/Attorney Filing: David T Panzarella
Mailing Address: 2701 East Camelback Road Suite 140
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602) 977-1900
E-Mail Address: jhansen@lernerandrowe.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 013639, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YAVAPAI

Geoffrey Cosman, et al.

Plaintiff(s),

v.

Enodio Borrero, et al.

Defendant(s).

Case No.

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Yavapai County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: David T Panzarella /s/
Plaintiff/Attorney for Plaintiff

AZTurboCourt.gov Form Set 83544501

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
06/17/2019  2:46PM
BY: MBURNETT
DEPUTY

Case No.: V1300CV201980168
HON. DEBRA PHELAN

1   **LERNER & ROWE, P.C.**
    David T. Panzarella, SBN 13639
2   Matthew S. Feinman, SBN 29727
    2701 E. Camelback Rd., Ste. 140
3   Phoenix, Arizona 85016
    Telephone:  (602) 977-1900
4   Fax:          (602) 332-4342
    *mfeinman@lernerandrowe.com*
5   *minute_entries@lernerandrowe.com*
    Attorneys for Plaintiffs
6

7               IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

8                    IN AND FOR THE COUNTY OF YAVAPAI

9   GEOFFREY COSMAN and DIANE
10  COSMAN, Individually and/or as Husband and       No. _____
    Wife,
11
12                      Plaintiffs,
                                                      **PLAINTIFFS' CERTIFICATE**
13  vs.                                               **REGARDING COMPULSORY**
                                                      **ARBITRATION**
14  ENODIO BORRERO and JANE DOE
15  BORRERO, Individually and/or as Wife and
    Husband;  MULTI IMAGE GROUP, INC., A
16  Florida Corporation; AJT TRUCKING, INC., A
    Florida Corporation; JOHN DOES I-X and
17  JANE DOES I-X, individually and/or as
    Husband and Wife; BLACK CORPORATIONS
18  I-X and WHITE LIMITED PARTNERSHIPS I-
19  X,
20
                        Defendants.
21

22       The undersigned certifies that he knows the dollar limits and any other limitations set

23  forth by the local rules of practice for the applicable superior court, and further certifies that this

24  case **IS NOT** subject to compulsory arbitration, as provided by Rules 72 through 77 of the

25  Arizona Rules of Civil Procedure.
26
27  ///
28  ///

                                        -1-

**RESPECTFULLY SUBMITTED** this $\underline{17}$ day of June, 2019.

                                  **LERNER & ROWE, P.C.,**

By        _____

                                  David T. Panzarella, Esq.
                                  Matthew S. Feinman, Esq.
                                  2701 E. Camelback Rd., Ste. 140
                                  Phoenix, Arizona  85016
                                  *Attorney for Plaintiffs*

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
06/17/2019  2:46PM
BY: MBURNETT
DEPUTY

Case No.: V1300CV201980168
HON. DEBRA PHELAN

1  **LERNER & ROWE, P.C.**
   David T. Panzarella, SBN 13639
2  Matthew S. Feinman, SBN 29727
   2701 E. Camelback Rd., Ste. 140
3  Phoenix, Arizona  85016
   Telephone: (602) 977-1900
4  Fax:         (602) 332-4342
   *mfeinman@lernerandrowe.com*
5  *minute_entries@lernerandrowe.com*
   Attorneys for Plaintiffs
6

7           IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

8              IN AND FOR THE COUNTY OF YAVAPAI

9  GEOFFREY COSMAN and DIANE
10 COSMAN, Individually and/or as Husband and      No. _____
   Wife,
11
12              Plaintiffs,
                                                **PLAINTIFFS' CERTIFICATE**
13 vs.                                           **REGARDING TIER SELECTION**

14 ENODIO BORRERO and JANE DOE
15 BORRERO, Individually and/or as Wife and
   Husband;  MULTI IMAGE GROUP, INC., A
16 Florida Corporation; AJT TRUCKING, INC., A
   Florida Corporation; JOHN DOES I-X and
17 JANE DOES I-X, individually and/or as
18 Husband and Wife; BLACK CORPORATIONS
   I-X and WHITE LIMITED PARTNERSHIPS I-
19 X,
20
              Defendants.
21

22      The undersigned certifies that he knows the dollar limits and any other limitations set

23 forth by the local rules of practice for the applicable superior court, and further certifies that this

24 case falls within the requirements for a **TIER 2** case.

25

26 ///

27 ///

28 ///

                                 - 1 -

1    **RESPECTFULLY SUBMITTED** this _17_ day of June, 2019.

2

3                                          **LERNER & ROWE, P.C.,**

4                              By  _____
                                       David T. Panzarella, Esq.
5                                      Matthew S. Feinman, Esq.
                                       2701 E. Camelback Rd., Ste. 140
6                                      Phoenix, Arizona  85016
                                       *Attorney for Plaintiffs*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          - 2 -

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
06/17/2019  2:46PM
BY: MBURNETT
DEPUTY

Case No.: V1300CV201980168
HON: DEBRA PHELAN

1  **LERNER & ROWE, P.C.**
   David T. Panzarella, SBN 13639
2  Matthew S. Feinman, SBN 29727
   2701 E. Camelback Rd., Ste. 140
3  Phoenix, Arizona  85016
   Telephone:  (602) 977-1900
4  Fax:       (602) 332-4342
   *mfeinman@lernerandrowe.com*
5  *minute_entries@lernerandrowe.com*
   Attorneys for Plaintiffs
6

7            IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

8                 IN AND FOR THE COUNTY OF YAVAPAI

9  GEOFFREY COSMAN and DIANE
10 COSMAN, Individually and/or as Husband and      No. _____
   Wife,
11

12                    Plaintiffs,              **PLAINTIFFS' DEMAND FOR**
                                               **JURY TRIAL**
13 vs.

14 ENODIO BORRERO and JANE DOE
15 BORRERO, Individually and/or as Wife and
   Husband;  MULTI IMAGE GROUP, INC., A
16 Florida Corporation; AJT TRUCKING, INC., A
   Florida Corporation; JOHN DOES I-X and
17 JANE DOES I-X, individually and/or as
18 Husband and Wife; BLACK CORPORATIONS
   I-X and WHITE LIMITED PARTNERSHIPS I-
19 X,
20
                      Defendants.
21

22     Pursuant to Rule 38(b), Arizona Rules of Civil Procedure, Plaintiffs, by and through

23 counsel undersigned, hereby **DEMAND TRIAL BY JURY ON ALL COUNTS.**

24 ///

25 ///

26 ///

27 ///

28 ///

                                    - 1 -

**RESPECTFULLY SUBMITTED** this 17 day of June, 2019.

**LERNER & ROWE, P.C.,**

By _____

David T. Panzarella, Esq.
Matthew S. Feinman, Esq.
2701 E. Camelback Rd., Ste. 140
Phoenix, Arizona  85016
*Attorney for Plaintiffs*

- 2 -

Person/Attorney Filing: David T Panzarella
Mailing Address: 2701 East Camelback Road Suite 140
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602) 977-1900
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 013639, Issuing State: AZ
Attorney E-Mail Address: jhansen@lernerandrowe.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF YAVAPAI

## Discovery Tier Level 2

3/13/2017 ver. 1

TODD A. RIGBY, Bar No. 013383
Todd.Rigby@lewisbrisbois.com
SHAWN M. PETRI, Bar No. 022642
Shawn.Petri@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for AJT Trucking, Inc.*

## SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| GEOFFREY COSMAN and DIANE COSMAN, Individually and/or as Husband and Wife, | No. CV2019-80168 |
| Plaintiffs, | **ANSWER** |
| vs. | |
| ENODIO BERRERO and JANE DOE BORRERO, Individually and/or as Wife and Husband; MULTI IMAGE GROUP, INCS, A Florida Corporation; AJT TRUCKING, INC., A Florida Corporation; JOHN DOES I-X and JANE DOES I-X, individually and/or as Husband and Wife; BLACK CORPORATIONS I-X and WHITE LIMITED PARTNERSHIPS I-X, | |
| Defendant. | |

For its Answer to Plaintiffs' Complaint, Defendant AJT Trucking, Inc., admits, denies and alleges as follows:

1.      Answering Defendant denies each and every allegation contained in the Complaint that is not specifically and unequivocally admitted to herein.

2.      Answering Defendant lacks sufficient knowledge to adequately respond to the allegations contained in Paragraphs 1, 2, 3, 4 and 5 of the Complaint and therefore denies the same.

3.      As it relates to Paragraph 6 of the Complaint, Answering Defendant admits that AJT Trucking, Inc., is a Florida corporation licensed to do business in Florida.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4830-6178-4732.1

1    4.    Answering Defendant lacks sufficient knowledge to adequately respond to
2  the allegations contained in Paragraphs 7 and 8 of the Complaint and therefore denies the
3  same.

4                              GENERAL ALLEGATIONS

5    5.    As it relates to Paragraph 9 of the Complaint, Answering Defendant
6  reincorporates by reference its responses to Paragraphs 1 through 8 of the Complaint as if
7  fully set forth herein.

8    6.    Answering Defendant lacks sufficient knowledge to adequately respond to
9  the allegations contained in Paragraphs 10, 11 and 12 of the Complaint and therefore
10  denies the same.

11    7.    As it relates to Paragraph 13 of the Complaint, Answering Defendant admits
12  only that Defendant Borrero was in the course and scope of his employment with AJT
13  Trucking at the time of the subject accident.  Defendant denies all remaining allegations in
14  this paragraph.

15    8.    Answering Defendant denies the allegations contained within Paragraphs 14
16  and 15 of the Complaint.

17    9.    Answering Defendant lacks sufficient knowledge to adequately respond to
18  the allegations contained within Paragraph 16 of the Complaint and therefore denies the
19  same.

20                              COUNT I - NEGLIGENCE

21    10.    As it relates to Paragraph 17 of the Complaint, Answering Defendant
22  reincorporates by reference its responses to Paragraphs 1 through 16 of the Complaint as if
23  fully set forth herein.

24    11.    Answering Defendant denies the allegations contained within Paragraphs 18,
25  19, 20, 21, 22, 23, 24 and 25 of the Complaint.

26  / / /

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4830-6178-4732.1                              2

1

## COUNT II – NEGLIGENCE PER SE

2  12. As it relates to Paragraph 26 of the Complaint, Answering Defendant
3 reincorporates by reference its responses to Paragraphs 1 through 25 of the Complaint as if
4 fully set forth herein.

5  13. Answering Defendant denies the allegations contained in Paragraphs 27, 28,
6 29 and 30 of the Complaint.

7

## COUNT III – RESPONDEAT SUPERIOR

8  14. As it relates to Paragraph 31 of the Complaint, Answering Defendant
9 reincorporates by reference its responses to Paragraphs 1 through 30 of the Complaint as if
10 fully set forth herein.

11  15. As it relates to Paragraph 32 of the Complaint, Answering Defendant admits
12 only that Defendant Borrero was in the course and scope of his employment with
13 Defendant AJT Trucking at the time of the accident. Answering Defendant denies each
14 and every remaining allegation contained within that Paragraph.

15  16. Answering Defendant denies the allegations contained in paragraph 33 of the
16 Complaint.

17

## COUNT IV – NEGLIGENT SUPERVISION

18  17. As it relates to Paragraph 34 of the Complaint, Answering Defendant
19 reincorporates by reference its responses to Paragraphs 1 through 33 of the Complaint as if
20 fully set forth herein.

21  18. Answering Defendant denies the allegations contained in paragraphs 35 and
22 36 of the Complaint.

23

## COUNT V – NEGLIGENT ENTRUSTMENT

24  19. As it relates to Paragraph 37 of the Complaint, Answering Defendant
25 reincorporates by reference its responses to Paragraphs 1 through 36 of the Complaint as if
26 fully set forth herein.

27  20. Answering Defendant denies the allegations contained in paragraphs 38, 39
28 and 40 of the Complaint.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4830-6178-4732.1      3

<u>AFFIRMATIVE DEFENSES</u>

21.     Answering Defendant asserts the following affirmative defenses:  sudden emergency, comparative fault, non-party at fault, assumption of risk, failure to mitigate, set-off, claim or issue preclusion, statute of limitations, failure to state a claim, insufficient process of service, waiver, jurisdiction, accord and satisfaction.

Facts may come to light supporting additional affirmative defenses and Answering Defendant reserves the right to raise any such other affirmative defenses including, but not limited to, any matter considered an affirmative defense under Rule 8(c), Arizona Rules of Civil Procedure.

WHEREFORE, having fully answered Plaintiffs' Complaint, Answering Defendant requests the following relief:

A.     That Plaintiffs' Complaint be dismissed with prejudice.

B.     That Plaintiffs take nothing thereby.

C.     That Answering Defendant be awarded all costs incurred herein.

D.     That Answering Defendant be awarded such other and further relief as the Court deems just and proper under the circumstances.

DATED this 16th day of July, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By __/s/ Shawn M. Petri_____
         Todd A. Rigby
         Shawn M. Petri
         Attorneys for AJT Trucking, Inc.

E-filed this 16th day of July, 2019.

COPY of the foregoing mailed
this 16th day of July, 2019, to:

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4830-6178-4732.1

4

1  | Matthew Feinman
   | David Panzarella
2  | LERNER & ROWE, P.C.
   | 2701 E. Camelback, Rd., Ste 140
3  | Phoenix, AZ 85016
   | *Attorneys for Plaintiff*
4  |
   |   /s/ *Laura M. Nagelkirk*
5  | 33219-704
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4830-6178-4732.1

5

TurboCourt - Legal Paperwork Assistance - Filing Details                                    Page 1 of 1



**TURBOCOURT**
*Relax. We're in Your Court.*

Home | Profile | Help | About | Quit
Timeout in 30 min   you are working with form set # 3626543

### Filing Details

| Keyword/Matter # | Change My Notification Status | Request My Forms | Copy for New Form Set | List My Forms | View Court Case Documents |

- ● Filing Details
- ○ Messages
- ○ Your Payments
- ○ eService

| Form Set # | 3626543 | Case # | V1300CV201930168 |
|---|---|---|---|
| Keyword/Matter # | 33219-704 | Status | eFiled |
| Filing Type | General Civil | Location # | Yavapai - Superior Court - Verde Valley |
| Customer Name | Shawn M Petri | Customer Email | shawn.petri@lewisbrisbois.com |
| Delivery Date & Time | 07/16/2019 2:26 PM MST | Filing Date & Time | 07/16/2019 2:26 PM MST |
| Notification Status | Email notification with filing/case details shown in the body of the email, plus a link to the website | | |
| Court Transaction # | VENDOR FILING ID #1083033 | | |

### Your Forms   i info

☐ **Summary Sheet (This summary sheet will not be filed with the court. This sheet is for your personal records only.)**   ☐  View

☐ **First Appearance Notice**   ☐  View

### Attached Documents   i info

☐ **Answer: Answer: ANSWER**   ☐  View

ver 11.1.0.s20                    Copyright © 2019 Inovrys, Inc.

1    **LERNER & ROWE, P.C.**
     David T. Panzarella, SBN 13639
2    Matthew S. Feinman, SBN 29727
     2701 E. Camelback Rd., Ste. 140
3    Phoenix, Arizona  85016
     Telephone:  (602) 977-1900
4    Fax:         (602) 332-4342
     *mfeinman@lernerandrowe.com*
5    *minute_entries@lernerandrowe.com*
     Attorneys for Plaintiffs
6

7              IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

8                   IN AND FOR THE COUNTY OF YAVAPAI

9
     | GEOFFREY COSMAN and DIANE | |
10   | COSMAN, Individually and/or as Husband and | No. V1300CV201980168 |
     | Wife, | |
11
     
12                  Plaintiffs,
                                              **PLAINTIFFS' NOTICE OF**
13   vs.                                      **VOLUNTARY DISMISSAL**

14   ENODIO BORRERO and JANE DOE              (Assigned to the Hon. Debra Phelan)
15   BORRERO, Individually and/or as Wife and
     Husband;  MULTI IMAGE GROUP, INC., A
16   Florida Corporation; AJT TRUCKING, INC., A
     Florida Corporation; JOHN DOES I-X and
17   JANE DOES I-X, individually and/or as
     Husband and Wife; BLACK CORPORATIONS
18   I-X and WHITE LIMITED PARTNERSHIPS I-
19   X,

20                  Defendants.
21

22          Plaintiffs, through undersigned counsel, pursuant to Rule 41, file their Notice of

23   Dismissal with prejudice for Defendants Borrero and Multi Image Group, Inc. ONLY.  Mr.
24
     Borrero is deceased and Multi Image Group does not own the vehicle in question.  Defendant
25
26   AJT Trucking, Inc. claims ownership of the vehicle and acknowledges employment of Mr.

27   Borrero at the time of the crash.  The case will proceed against AJT Trucking ONLY.
28
            Defendants have not filed a responsive pleading to the Complaint.

                                          - 1 -

1    **RESPECTFULLY SUBMITTED** this $\underline{15^{th}}$ day of July, 2019.

2

3                                                   **LERNER & ROWE, P.C.,**

4                                    By

5                                        David T. Panzarella, Esq.
                                         Matthew S. Feinman, Esq.
                                         2701 E. Camelback Rd., Ste. 140
6                                        Phoenix, Arizona 85016
                                         *Attorney for Plaintiffs*

7

8    **ORIGINAL** of the foregoing e-filed this
     $\underline{15}$ day of July 2019 to:

9

10   Yavapai County Superior Court

11   **COPY** of same emailed this same day to:

12   Shawn M. Petri, Esq.
     Todd Rigby, Esq.
13   LEWIS BRISBOIS BISGAARD & SMITH, LLP
14   2929 N. Central Avenue, Suite 1700
     Phoenix, AZ, 85012
15   *Attorney for Defendant AJT Trucking, Inc.*

16
     Steve Reiss, Esq.
17   MULTI IMAGE GROUP
     Chief Sales Officer
18   Steve.reiss@mig.cc
19   *Attorney for Defendant MIG*

20

21

22

23

24

25

26

27

28

- 2 -

1    LERNER & ROWE, P.C.
    David T. Panzarella, SBN 13639
2    Matthew S. Feinman, SBN 29727
    2701 E. Camelback Rd., Ste. 140
3    Phoenix, Arizona 85016
    Telephone: (602) 977-1900
4    Fax:    (602) 332-4342
    *mfeinman@lernerandrowe.com*
5    *minute_entries@lernerandrowe.com*
    Attorneys for Plaintiffs
6

7        IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

8          IN AND FOR THE COUNTY OF YAVAPAI

|  |  |
|---|---|
| 9<br>10<br>11 | GEOFFREY COSMAN and DIANE COSMAN, Individually and/or as Husband and Wife, | No. V1300CV201980168 |
| 12 | Plaintiffs, |  |
| 13 | vs. | **ORDER FOR DISMISSAL OF DEFENDANTS BORRERO AND MULTI IMAGE GROUP, INC. ONLY** |
| 14<br>15<br>16<br>17<br>18<br>19<br>20 | ENODIO BORRERO and JANE DOE BORRERO, Individually and/or as Wife and Husband; MULTI IMAGE GROUP, INC., A Florida Corporation; AJT TRUCKING, INC., A Florida Corporation; JOHN DOES I-X and JANE DOES I-X, individually and/or as Husband and Wife; BLACK CORPORATIONS I-X and WHITE LIMITED PARTNERSHIPS I-X, | (Assigned to the Hon. Debra Phelan) |
| 21 | Defendants. |  |

22        Pursuant to Plaintiffs' Voluntary Dismissal, Rule 41(a)(1), and good cause showing
23  therefore,

24        IT IS ORDERED that only Defendants Borrero and Multi Image Group, Inc. are
25  dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

26

27        ORDERED this date: _____, 2019.

28

                              _____
                            The Honorable Debra Phelan

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
07/24/2019 12:18PM
BY: JHARSHMAN
DEPUTY

1

**LERNER & ROWE, P.C.**
David T. Panzarella, SBN 13639
2      Matthew S. Feinman, SBN 29727
2701 E. Camelback Rd., Ste. 140
3      Phoenix, Arizona 85016
Telephone: (602) 977-1900
4      Fax:        (602) 332-4342
*mfeinman@lernerandrowe.com*
5      *minute_entries@lernerandrowe.com*
Attorneys for Plaintiffs

6

7             **IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA**

8                 **IN AND FOR THE COUNTY OF YAVAPAI**

9
GEOFFREY COSMAN and DIANE
10     COSMAN, Individually and/or as Husband and          No. V1300CV201980168
Wife,
11
Plaintiffs,
12
**ORDER FOR DISMISSAL OF**
13     vs.                                                 **DEFENDANTS BORRERO AND MULTI**
**IMAGE GROUP, INC. ONLY**
14     ENODIO BORRERO and JANE DOE
15     BORRERO, Individually and/or as Wife and            (Assigned to the Hon. Debra Phelan)
Husband;  MULTI IMAGE GROUP, INC., A
16     Florida Corporation; AJT TRUCKING, INC., A
Florida Corporation; JOHN DOES I-X and
17     JANE DOES I-X, individually and/or as
18     Husband and Wife; BLACK CORPORATIONS
I-X and WHITE LIMITED PARTNERSHIPS I-
19     X,

20                          Defendants.

21

22            Pursuant to Plaintiffs' Voluntary Dismissal, Rule 41(a)(1), and good cause showing

23     therefore,

24            IT IS ORDERED that only Defendants Borrero and Multi Image Group, Inc. are

25     dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

26

27     eSigned by PHELAN, DEBRA R 07/22/2019 11:26:20 kKS2BkzO
28     The Honorable Debra R. Phelan

- 1 -

CC:   Lerner & Rowe, PC (e)
        Lewis Brisbois Bisgaard & Smith, LLP (e)